THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCIS AFRANE, Appellant. [23 NYS3d 570]—Order, Supreme Court, Bronx County (Alberto Lorenzo, J.), entered on or about December 17, 2014, which adjudicated defendant a level three sexually violent offender under the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion when it declined to grant defendant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The mitigating factors cited by defendant did not warrant a departure, given the seriousness of the underlying sex crimes that defendant repeatedly committed against his young stepdaughter. Concur—Mazzarelli, J.P., Friedman, Acosta and Andrias, JJ.